UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00686
  PAUL FEDRICK
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-2465

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/16/2007 and was confirmed 04/23/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was completed - no discharge 02/25/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| THOMPSON ROSENTHAL & WAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF SOUTH HOLLAND | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 575.00 | .00 | 575.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 60.62 | .00 | 60.62 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 56.40 | .00 | 56.40 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 319.25 | .00 | 319.25 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,100.00 | | 2,100.00 |
| TOM VAUGHN | TRUSTEE | | | 217.65 |
| DEBTOR REFUND | REFUND | | | 281.08 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,610.00 | |
| PRIORITY | | 319.25 |
| SECURED | | .00 |
| UNSECURED | | 692.02 |
| ADMINISTRATIVE | | 2,100.00 |
| TRUSTEE COMPENSATION | | 217.65 |
| DEBTOR REFUND | | 281.08 |
| TOTALS | 3,610.00 | 3,610.00 |

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00686 PAUL FEDRICK

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/13/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE